**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIRO ADALID MARTINEZ VILLAFRANCA,     No. C-05-4058 MMC

    Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants
_____/

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

    Before the Court is plaintiff's application for a temporary restraining order, filed October 7, 2005. The Court will conduct a hearing on plaintiff's application October 19, 2005, at 10:00 a.m. If any party wishes to file any additional evidence and/or briefing, such additional documents shall be filed no later than October 17, 2005, at 4:00 p.m.

    **IT IS SO ORDERED.**

Dated: October 14, 2005

                                                       MAXINE M. CHESNEY
                                                       United States District Judge