IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO ADALID MARTINEZ VILLAFRANCA,<br><br>    Plaintiff,<br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants | No. C-05-4058 MMC<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

    Before the Court is plaintiff's application for a temporary restraining order, filed October 7, 2005.  The Court will conduct a hearing on plaintiff's application October 19, 2005, at 10:00 a.m.  If any party wishes to file any additional evidence and/or briefing, such additional documents shall be filed no later than October 17, 2005, at 4:00 p.m.

    **IT IS SO ORDERED.**

Dated:  October 14, 2005

                                          MAXINE M. CHESNEY<br>
                                          United States District Judge