IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO ADALID MARTINEZ VILLAFRANCA,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants | No. C-05-4058 MMC<br><br>**ORDER GRANTING JUDGMENT FOR DEFENDANTS ON PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF** |

　　　Before the Court is plaintiff's Complaint for Declaratory Relief and Injunctive Relief. The matter came on regularly for hearing October 24, 2005. Rebecca M. Biernat of Sedgwick, Detert, Moran & Arnold LLP appeared on behalf of plaintiff. Ila C. Deiss, Assistant United States Attorney, appeared on behalf of defendants. Having considered the papers submitted and the arguments of counsel, the Court, for the reasons stated on the record at the hearing, finds that defendants' October 18, 2005 decision, denying plaintiff's request for reconsideration of defendants' May 16, 2005 denial of plaintiff's request that the Secretary of the Department of Homeland Security relinquish federal custody jurisdiction over him and consent to the state juvenile court's exercise of custody jurisdiction, is not "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." See 5 U.S.C. § 706.

　　　Accordingly, the Court hereby grants judgment in favor of defendants and

against plaintiff.

**IT IS SO ORDERED.**

Dated: October 24, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge